

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 21, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2022

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      Re: *Cameron Oakes v. United States Department of Health and Human Services,*
          1:22-cv-02975-VEC

Dear Judge Caproni:

      I write on behalf of Defendant the United States Department of Health and Human Services ("HHS"), with the consent of Plaintiff Cameron Oakes, to request that the Court adjourn the case management conference currently scheduled for September 23, 2022, at 10:00 a.m. The reason for this request is that the Assistant United States Attorney assigned to this matter, who is familiar with the current status of HHS's response to Plaintiff's Freedom of Information Act request that is the subject of this lawsuit, tested positive for COVID and is currently feeling ill. Accordingly, the parties request that the conference be adjourned to either September 29 or 30, or any date convenient to the Court after September 28, 2022. The adjournment will not impact the ongoing processing of documents by HHS.

      I thank the Court for is consideration of this request.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

          By:   */s/* Lara K. Eshkenazi
               LARA K. ESHKENAZI
               Assistant United States Attorney
               Tel. (212) 637-2758
               lara.eshkenazi@usdoj.gov

---

Application GRANTED. The status conference previously scheduled for Friday, September 23, 2022, at 10:00 a.m. is hereby adjourned until **Friday, September 30, 2022, at 10:00 a.m.**
SO ORDERED.

*[signature]*      09/21/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE