USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CAMERON OAKES, :
:
                   Plaintiff, :
   -against- :
: 22-CV-2975(VEC)
:
UNITED STATES DEPARTMENT HEALTH : ORDER
AND HUMAN SERVICES, :
:
                 Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on Friday, September 30, 2022, the parties appeared for a status conference;

    IT IS HEREBY ORDERED that for the reasons stated at the conference, Defendant is not required to produce a rolling *Vaughn* index, *see Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

    IT IS FURTHER ORDERED that the parties must submit a joint status report on **Thursday, December 1, 2022**, and on the first business day of the month every three months thereafter.

**SO ORDERED.**

Date: September 30, 2022
      New York, New York

                                                         **VALERIE CAPRONI**
                                                        **United States District Judge**