UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON OAKES,<br><br>      Plaintiff,<br><br>   -against-<br><br>UNITED STATES DEPARTMENT HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | 22-CV-2975 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF 13. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 19, 2023
   New York, New York

                  SO ORDERED.

                  *Jessica Clarke*
                  JESSICA G. L. CLARKE
                  United States District Judge